# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

131846

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RAY DONALD KETTERMAN, Personal
Representative of the Estate of Raymond Lee
Ketterman, Deceased,
          Plaintiff-Appellee,

v

SC: 131846
COA: 258323
Wayne CC: 03-310417-NI

CITY OF DETROIT and DENNIS DAVID
MALCOLM,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

p0618